**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 21, 2021
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § |
|---|---|
| v. | § CRIMINAL NO: **4:21cr272** |
| EMMANUEL PADILLA REYES A/K/A CHRISTIAN HERNANDEZ BONILLA | § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  CRIMINAL INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

EMMANUEL PADILLA REYES
A/K/A CHRISTIAN HERNANDEZ BONILLA

☒ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on   May 20, 2021.

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE