USA-74-24B
(Rev. 05/01)

**Sealed**
**Public and unofficial staff access to this instrument are prohibited by court order**

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2019R28079

Magistrate Number:

SUPERSEDING INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed *May 11, 2022*

Nathan Ochsner, Clerk of Court

No. **H-4:21-cr-00272S**
**UNDER SEAL**

Judge: **Hanks**

UNITED STATES of AMERICA
vs.

**ATTORNEYS:**

| | | |
|---|---|---|
| **JENNIFER LOWERY, USA** | | (713) 567-9000 |
| BELINDA BEEK / AUSA | | (713) 567-9000 |

| Defendant | Counts | Attorney | Appt'd | Private |
|---|---|---|---|---|
| LEIDY ARELI HERNANDEZ LOPEZ | (Cts. 1, 10-17) | PHILLIP GALLAGHER (713) 718-4600 | ☑ | ☐ |
| OCTAVIAN OCASIO | (Cts. 1, 10-22) | CORDT CULLEN AKERS (713) 827-2500 | ☐ | ☑ |
| EMMANUEL PADILLA REYES | (Cts. 1-9, 20-22) | | ☐ | ☐ |
| aka CHRISTIAN HERNANDEZ BONILLA | | | ☐ | ☐ |
| DANIEL ROCKY CHRISTINE- TANI | (Cts. 1, 3-8) | | ☐ | ☐ |
| aka DANIEL ROCKY CHRISTINE- TAHI | | | ☐ | ☐ |
| aka RUBEN LUIS | | | ☐ | ☐ |
| aka ROCKY KEYS | | | ☐ | ☐ |
| aka DANIEL CHRISTINE | | | ☐ | ☐ |

CHARGE: Count 1: Conspiracy [18 U.S.C. § 1349]
(TOTAL)
(COUNTS:) Counts 2-22: Wire Fraud [18 U.S.C § 1343]
( 22 )

**PENALTY:**

Count 1: Up to 20 years imprisonment, $250,000 fine, not more than 3 years supervised release, and $100 special assessment.

Counts 2-22: Up to 20 years imprisonment, $250,000 fine, not more than 3 years supervised release, and $100 special assessment per count.

NOTICE OF CRIMINAL FORFEITURE
[28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C)]

☐ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☐ No Arrest

**PROCEEDINGS:**